Argued and submitted November 27, reversed and remanded for reconsideration
December 27, 1995

LARRY FLOYD WIMBER,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A85374)

908 P2d 848

Steven H. Gorham argued the cause and filed the brief for petitioner.

Christine A. Chute, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Fernandez v. Board of Parole,* 137 Or App 247, 904 P2d 1071 (1995).